AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2020 MAY 21  PM 3: 34

CLERK
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| EIKE BLOHM | ) | |
| | ) | 2:20-mj-64-1 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 17, 2020__ in the county of __Chittenden__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)(1) | Knowing use of a child for the purpose of producing a visual depiction of the minor engaging in sexually explicit conduct using materials that have been mailed, shipped, or transported in and affecting interstate and foreign commerce; and |
| 18 U.S.C. § 2252(a)(4)(B) | Knowing possession of child pornography that was produced using materials that have traveled in and affecting interstate/foreign commerce. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Seth Fiore, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/21/2020__

_____
*Judge's signature*

City and state: __Burlington, Vermont__   Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*